## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**PAUL ELLISON,**

       **Plaintiff,**

**v.**                                       **Case No: 8:23-cv-111-MSS-AAS**

**AMPRO, INC.,**

       **Defendant.**

___

### ORDER OF DISMISSAL

Upon review of the Mediation report, (Dkt. 24), in which the Mediator advises that a full and final settlement was reached in the above-captioned case, it is hereby:

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

**Copies furnished to:**
Counsel of Record
Any pro se party